458 A.2d 277

Commonwealth v. Wigfall, etc., Appellant.

Submitted June 16, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eber-

* This decision was reached prior to the death of Judge Price.

hardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.